# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Dwayne Hill,<br><br>    Plaintiff,<br><br>v.<br><br>Cassandra Ochoa, et al.,<br><br>    Defendants. | No. CV-25-02088-PHX-GMS (MTM)<br><br><br>**ORDER** |

Pending before the Court is the Amended Report and Recommendation ("R&R") of Magistrate Judge Michael T. Morrissey (Doc. 87) regarding Plaintiff's failure to effect service on Defendants Martinez and Santiago and the service deadline has expired. Plaintiff filed Objections to the R&R (Doc. 92).

The Court has considered Plaintiff's objections and reviewed the R&R de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the Court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court accepts the magistrate judge's recommended disposition within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

The Court has provided assistance to Plaintiff in his efforts to effect service and has given Plaintiff more than enough time to do so. Yet, the docket does not reflect that Plaintiff has completed service in compliance with the federal rules. Plaintiff's failure to

effect service on these defendants as directed prevents the case from proceeding against them in the foreseeable future.

**IT IS THEREFORE ORDERED** accepting the R&R of Magistrate Judge Morrissey (Doc. 87) that Defendants Martinez and Santiago be dismissed without prejudice due to Plaintiff's failure to timely effectuate service upon these defendants.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate Defendants Martinez and Santiago.

Dated this 29th day of May, 2026.

_____
G. Murray Snow
Senior United States District Judge